ROBERTSON & BENEVENTO
SAM BENEVENTO
Nevada Bar No. 003676
1945 East Warm Springs
Las Vegas, Nevada 89119
702/433-2000
Attorney for Debtor(s)
generaldelivery@nevlawyers.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:  ) In Bankruptcy
        ) BKS-09-21756-BAM
        ) Chapter 13
MICHAEL and DEBORAH )
HUDANISH, ) Hearing Date: 12/15/09
        ) Hearing Time: 1:30 P.M.
        Debtor(s). )

## OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATE OF SERVICE

Debtor(s), MICHAEL and DEBORAH HUDANISH, by and through their counsel undersigned, hereby opposes the Motion for Relief from Automatic Stay filed by WELLS FARGO BANK, ("Creditor"). This Opposition is based upon the following Memorandum of Points and Authorities.

MEMORANDUM OF POINTS AND AUTHORITIES

1. The property is the Debtor's primary residence.

2. Creditors interest in the collateral is adequately protected by a sufficient equity cushion in the property.

3.    The collateral is necessary to an effective reorganization.

4.    Debtor disputes the post petition arrears alleged by creditor and a payment history is requested. To the extent debtor is delinquent in post petition payments, debtor offers to enter into a Stipulation for Adequate Protection.

For the foregoing reasons, Debtor requests that the Motion for Relief from Automatic Stay be denied, and that an Adequate Protection Order be entered according to proof.

DATED this 9th day of December, 2009.

ROBERTSON & BENEVENTO

/s/ SAM BENEVENTO
By:_____
SAM BENEVENTO
Nevada Bar No. 3676
1945 East Warm Springs
Las Vegas, NV 89119
702/433-2000
Attorney for Debtors

## CERTIFICATE OF SERVICE

I, Rachel Henson, an employee of Robertson & Benevento hereby certify that a true and correct copy of the above and foregoing Opposition was mailed this 9th day of December, 2009 to:

Michael & Deborah Hudanish
7516 Clifton Gardens
Las Vegas, NV 89166

Kathleen Leavitt
201 Las Vegas Blvd South #200
Las Vegas NV 89101
(sent by ECF)

Wilde & Associates
208 South Jones Blvd.
Las Vegas, NV 89107

*/s/ Rachel Henson*
Rachel Henson, an Employee of
ROBERTSON & BENEVENTO