Entered on Docket
January 27, 2010

*Bruce A. Markell*

Hon. Bruce A. Markell
United States Bankruptcy Judge

Electronically Filed on _____

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-74785

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-21756-bam |
| Michael M. Hudanish and Deborah L. Hudanish | Date: 1/12/10<br>Time: 1:30 pm |
| Debtors | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

property, generally described as 7516 Clifton Gardens St., Las Vegas, NV 89166, and legally described

as follows:

> Parcel I:
> Lot 123 in Block 2 of Manchester Park Pod #207 - Unit 1, as shown by map thereof on
> file in Book 132 of Plats, Page 95, in the Office of the County Recorder of Clark County,
> Nevada.
> Reserving therefrom an easement for private streets and common areas as shown and
> delineated on said map.
> Parcel II:
> An easement for ingress and egress over private streets and common areas as shown
> and delineated on said map.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

Debtors at least five business days' notice of the time, place and date of sale.

///

///

///

///

///

///

///

///

///

///

///

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this _____ day of _____, 2010.

Submitted by:

**WILDE & ASSOCIATES**

By:___/s/Gregory L. Wilde, Esq____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Sam Benevento
1945 E. Warm Springs Road
Las Vegas, NV 89119
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
Kathleen A Leavitt
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____   The court waived the requirements of LR 9021.
_____   No parties appeared or filed written objections, and there is no trustee appointed in the case.
_____   No parties appeared or filed written objections, and the trustee is the movant.
__x_   This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
        copy of this proposed order to all counsel who appeared at the hearing, and any trustee
        appointed in this case, any unrepresented parties who appeared at the hearing, and each has
        approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
_____   approved the form of this order          _____   disapproved the form of this order
_____   waived the right to review the order and/or   __x__   failed to respond to the document
_____   appeared at the hearing, waived the right to review the order
_____   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____   approved the form of this order          _____   disapproved the form of this order
_____   waived the right to review the order and/or   _x___   failed to respond to the document

_____   This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
        counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
        parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
        respond, as indicated below.

Debtor's counsel:
_____   approved the form of this order          _____   disapproved the form of this order
_____   waived the right to review the order and/or   _____   failed to respond to the document
_____   appeared at the hearing, waived the right to review the order
_____   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____   approved the form of this order          _____   disapproved the form of this order
_____   waived the right to review the order and/or   _____   failed to respond to the document

_____   I certify that I have served a copy of this order with the motion, and no parties appeared or filed
        written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor